# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138065

BLUE HARVEST, INC., BLUEBERRY
HERITAGE FARMS, INC., BRADY FARMS,
INC., DAVID REENDERS BLUEBERRIES,
LLC, d/b/a CROSSROADS BLUEBERRY
FARM, PAUL NELSON BLUEBERRIES,
LLC, and REENDERS BLUEBERRIES, LLC,
          Plaintiffs-Appellees,

v

DEPARTMENT OF TRANSPORTATION,
          Defendant-Appellee,

and

OTTAWA COUNTY ROAD COMMISSION,
          Defendant-Appellant.
_____/

SC: 138065
COA: 281595
Ottawa CC: 04-051026-CZ
Court of Claims: 04-000234-MZ

     On order of the Court, the application for leave to appeal the December 2, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

*Corbin R. Davis*
Clerk

d0316